UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 3:26cr24-MCR

JOSE FRANCISCO SANTIZO-PEREZ,

    Defendant.
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, JOSE FRANCISCO SANTIZO-PEREZ, to Count One of the indictment is hereby **ACCEPTED**. All parties will appear before this Court for sentencing as directed.[1]

**DONE and ORDERED** this 11th day of March 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] Sentencing memoranda and/or written objections must be filed by 5:00 p.m. CT, no later than five (5) business days prior to the hearing. The Court will likely not consider documents that are not timely filed.